# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**THEODORE P. DANES**,
    Plaintiff

    v.                              CASE NUMBER: **04-C-594**

**SENIOR RESIDENTIAL CARE
OF AMERICA, INC.**,
    Defendant

☒    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff takes nothing. The Plaintiff's complaint and this action are dismissed with prejudice.

January 12, 2007                            CLERK OF COURT
Date

                                                s/Karen Fahrenkrug
                                                (By) Deputy Clerk